Huntington Debt Holding, LLC v DDABB LLC (2025 NY Slip Op 51434(U))

[*1]

Huntington Debt Holding, LLC v DDABB LLC

2025 NY Slip Op 51434(U)

Decided on September 9, 2025

Supreme Court, Westchester County

Jamieson, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on September 9, 2025
Supreme Court, Westchester County

Huntington Debt Holding, LLC as assignee of NEW WAVE CARD LP 
 doing business as Capital on Tap, Plaintiff,

against
DDABB LLC and JONATHAN ADDABBO, Defendants.

Index No. 73818/2024

Cohen & Cohen Law
Attorneys for Plaintiff
540 East 180th Street, Suite 203
Bronx, New York 10457
Jonathan Addabbo
DDABB LLC

Linda S. Jamieson, J.

The following paper numbered 1 was read on this motion:
Paper                       
Number
Notice of Motion, Affidavit, Affirmation and Exhibits 1
Plaintiff brings its motion seeking (1) a default judgment against defendant Jonathan Addabbo; and (2) to sever plaintiff's claims against defendant DDABB LLC pursuant to § 603 of the CPLR. Plaintiff served the individual defendant with the summons and complaint (and this motion), but was unable to serve the corporate defendant. The Court thus severs the matter as to the corporate defendant and, since it was never served and the time to do so has passed, see CPLR § 306-b, it is dismissed from the action.
Despite having been served properly, Addabbo failed to answer the complaint or this motion. This is likely because it appears that he is liable for the $11,310.36 that the corporate defendant borrowed from plaintiff's predecessor and which Addabbo guaranteed. 
Plaintiff shall submit a proposed Judgment to the Judgment Clerk, with notice by overnight mail to defendants, in the amount of $11,310.36, plus interest at the statutory rate from the date of entry of this Decision and Order. Plaintiff shall send a copy of this Decision and Order to both defendants, at their last known addresses, by overnight mail within two business days of receipt.
The foregoing constitutes the decision and order of the Court.[FN1]

Dated: September 9, 2025
White Plains, New York
HON. LINDA S. JAMIESON, J.S.C.
Justice of the Supreme Court

Footnotes

Footnote 1:All other arguments raised on this motion and all materials submitted by the parties in connection therewith have been considered by this Court, notwithstanding the specific absence of reference thereto.